PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DEYLING JOHANA CALDERON TERCERO,<br><br>              Plaintiff,<br><br>   v.<br><br>KIKA SCOTT,[1] Acting Director, United States Citizenship and Immigration Services, *et al.*,<br><br>              Defendants. | C 4:24-cv-09340-HSG<br><br>**STIPULATION TO STAY PROCEEDINGS; ORDER AS MODIFIED** |

    The parties, through their attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until August 28, 2025. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

    Plaintiff filed this mandamus action seeking adjudication of her Form I-589, Application for Asylum and Withholding of Removal. United States Citizenship and Immigration Services ("USCIS") scheduled an interview for April 30, 2025. USCIS will work diligently towards completing adjudication of the I-589 application, absent the need for further adjudicative action or unforeseen circumstances that

---

[1] Kika Scott is automatically substituted as the defendant in this matter in accordance with Federal Rule of Civil Procedure 25(d).

Stip. to Stay Proceedings
C 4:24-cv-09340-HSG                             1

would require additional time for adjudication.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until August 28, 2025, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: February 26, 2025

Respectfully submitted[2],

PATRICK D. ROBBINS
Acting United States Attorney

s/ Elizabeth Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorneys
Attorneys for Defendants

Dated:  February 26, 2025

s/ Rosanna Katz
ROSANNA KATZ
O'Brien Immigration
Attorney for Plaintiff

### ORDER AS MODIFIED

Pursuant to stipulation, IT IS SO ORDERED.  The parties are further DIRECTED to submit an interim, joint status report by May 27, 2025, discussing the current status of the I-589 application.

Date:  February 26, 2025

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge

---

[2] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.